IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
March 14, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION H-18-685 |
| NERLIN ARIEL RODRIGUEZ MARTINEZ | § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Nerlin Ariel Rodriguez Martinez and find him guilty of Count 1 of the Indictment charging him with illegal reentry into the United States after deportation and after conviction of a felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(1). No objections have been filed to the Report and Recommendation of the Magistrate Judge.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, this court finds that the defendant, Nerlin Ariel Rodriguez Martinez, is fully competent and capable of entering an informed plea, and that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary supported by an independent basis in fact containing each of the essential elements of the offenses with which he is charged.

Defendant, Nerlin Ariel Rodriguez Martinez, is **GUILTY** of the offense of illegal reentry into the United States after deportation and after conviction of a felony in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

Signed at Houston, Texas on March 13, 2019.

_____
Gray H. Miller
Senior United States District Judge